| STATE OF MICHIGAN<br>___ JUDICIAL DISTRICT<br>___ JUDICIAL CIRCUIT | ANSWER, CIVIL<br>(PAGE 1 OF 3) | CASE NO. and JUDGE 21-00391<br>Chapter 7<br>Hon. John T. Gregg |
|---|---|---|

Court address: United States bankruptcy Court Western Division of One Division Ave. N. Room 200 Grand Rapids Michigan   Court telephone no. 616-456-2693

Plaintiff's name, address, and telephone no.:
Melissa J. White

v

Defendant's name, address, and telephone no.:
Gary L. Kye II
1419 Warwick Dr. Lansing MI.
48910   #517-862-1645

Plaintiff's attorney, bar no., address, and telephone no.:
Matthew T. Smith (P46754)
Kelly E. Kane (P81912)
212 E Cesar E. Chavez #(517)
Lansing, MI 48906   318-3100

Defendant's attorney, bar no., address, and telephone no.:

[X] Defendant,
[ ] Attorney for defendant,   in answer to the complaint, states:   (Paragraph numbers in the answer must correspond to paragraphs in the complaint. Attach additional sheets if necessary.)

1. I [X] agree with the statements in paragraph 1.
   [ ] disagree with the statements in paragraph 1 because _50% down 50% after completion._
   [ ] do not know if the statements in paragraph 1 are true.

2. I [X] agree with the statements in paragraph 2.
   [ ] disagree with the statements in paragraph 2 because _In accordance with MbCFA All funds allocated to roof project_
   [ ] do not know if the statements in paragraph 2 are true.

3. I [ ] agree with the statements in paragraph 3.
   [X] disagree with the statements in paragraph 3 because _Same answer as #2 In addition Plaintiff witnessed delivery of supplies_
   [ ] do not know if the statements in paragraph 3 are true. _and was present throughout roof project_

[ ] continued on page 2.

Date: February 25" 2022

Defendant/Attorney signature: _/s/_

Name (type or print): Gary Kye II

**IMPORTANT:** If you have affirmative defenses, you must state them now using the last page of this form. If you do not, the court may prohibit you from raising them later. An affirmative defense is a defense claiming that the plaintiff is not entitled to a judgment because other facts exist that create a lawful defense. Affirmative defenses allow you to provide information to the court that is not stated in the plaintiff's complaint.

**CERTIFICATE OF SERVICE**

I certify that on this date I served a copy of this answer on the plaintiff(s) or their attorney(s) by
[ ] personal service   [X] first-class mail addressed to their last-known address(es) as defined in MCR 2.107(C)(3).
I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date: February 25th 2022

Signature: _/s/_

Approved, SCAO
Form MC 03, Rev. 1/21
MCR 2.111
Page 1 of __

Form Instructions

Distribute form to:
Court
Plaintiff
Defendant
Proof of service

Answer, Civil (1/21)
Page 2 of 3

Case No. 21-00391 JTG

Plaintiff's name: Gary Rye II

v

Defendant's name: Melissa J. White

continued from page 1.

4. I ☐ agree with the statements in paragraph 4.
☒ disagree with the statements in paragraph 4 because My only intent was to help a friend who Plaintiff was referred.
☐ do not know if the statements in paragraph 4 are true.

5. I ☐ agree with the statements in paragraph 5.
☒ disagree with the statements in paragraph 5 because All Funds were used on roof project.
☐ do not know if the statements in paragraph 5 are true.

6. I ☐ agree with the statements in paragraph 6.
☒ disagree with the statements in paragraph 6 because Again, All funds were used on roof Project. Plaintiff was present throughout.
☐ do not know if the statements in paragraph 6 are true.

7. I ☒ agree with the statements in paragraph 7.
☒ disagree with the statements in paragraph 7 because I didnt use it for my own Benefit But I Admit it was Reckless not knowing this could occur
☐ do not know if the statements in paragraph 7 are true.

8. I ☐ agree with the statements in paragraph 8.
☒ disagree with the statements in paragraph 8 because Plaintiffs funds were never witholded
☐ do not know if the statements in paragraph 8 are true.

9. I ☐ agree with the statements in paragraph 9.
☒ disagree with the statements in paragraph 9 because A Law abiding citizen would've stopped Plaintiff from encouraging defendant To finish roof Project without inspection or permit
☐ do not know if the statements in paragraph 9 are true.

10. I ☐ agree with the statements in paragraph 10.
☒ disagree with the statements in paragraph 10 because My only intent was to complete the Task I was asked
☐ do not know if the statements in paragraph 10 are true.

11. I ☒ ☐ agree with the statements in paragraph 11.
☐ disagree with the statements in paragraph 11 because _____
☐ do not know if the statements in paragraph 11 are true.

12. I ☒ ☐ agree with the statements in paragraph 12.
☐ disagree with the statements in paragraph 12 because _____
☐ do not know if the statements in paragraph 12 are true.

13. I ☒ ☐ agree with the statements in paragraph 13.
☐ disagree with the statements in paragraph 13 because _____
☐ do not know if the statements in paragraph 13 are true.

14. I ☒ ☐ agree with the statements in paragraph 14.
☐ disagree with the statements in paragraph 14 because _____
☐ do not know if the statements in paragraph 14 are true.

15. I ☒ ☐ agree with the statements in paragraph 15.
☐ disagree with the statements in paragraph 15 because _____
☐ do not know if the statements in paragraph 15 are true.

☐ continued on page 3.

Answer, Civil (1/21)  
Page 3 of 3

Case No. 21-00391 jtc

Plaintiff's name: Gary Rye II

v

Defendant's name: Melissa J White

## AFFIRMATIVE DEFENSES

☒ Defendant,   ☐ Attorney for defendant,   states the following affirmative defenses:

**CHECK ALL THAT APPLY (for each box checked, attach a statement of facts)**

☐ 1. I paid this debt in full (satisfied). Attached is proof of payment.

☐ 2. This action is barred by the statute of limitations because

☐ the plaintiff failed to sue within six years of _____, the last activity on the alleged account.
MCL 600.5807(8)                                                                Date

☐ the alleged contract involves a motor vehicle retail installment sales contract or the sale of other goods, and the plaintiff failed to sue within four years of _____, the last activity on the alleged account.
MCL 440.2725(1)                                                                Date

☐ the plaintiff failed to sue within three years after the alleged contract of sale of a mobile home on _____.
MCL 125.2333                                                                    Date

☐ 3. ☐ I paid an amount that the plaintiff accepted as payment in full (accord and satisfaction). Attached is proof of payment.

☐ The debt was discharged in bankruptcy. The case number was _____.

☒ 4. The contract is void or voidable because
☐ I was a minor when the alleged contract was made.

☐ I was not mentally competent when the alleged contract was made. Probate case number _____.
Attached are my letters of conservatorship/guardianship.

☒ there was no valid contract (no meeting of the minds) because _Both parties didnt understand Terms, obligations or rights_.

☐ 5. The contract was severely unjust or extremely one-sided (unconscionable).
☒ 6. I am not liable for the alleged damages because of the plaintiff's contributory negligence.
☐ 7. The alleged contract is unenforceable because it is not in writing (statute of frauds).
☐ 8. My vehicle was repossessed and later sold in a commercially unreasonable manner. MCL 440.9607(3).
☒ 9. The contract should not be enforced because of the plaintiff's improper conduct (fraud and/or duress).
☐ 10. The goods purchased were defective (failure of consideration).
☒ 11. The terms of the contract did not express what the parties intended (mutual mistake).
☐ 12. I have not been credited for all payments made on the alleged account. Attached is proof of payment.
☐ 13. Other: _Plaintiff had multiple contractors and family members on roof during and after project complete_

Febuary 25th 2022  
Date

Defendant/Attorney Signature

Gary Rye II  
Name (type or print)